# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 23013**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Benjamin P. VIDRINE Jr.**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 25 June 2024

————————————

*Military Judge*: Michael A. Schrama.

*Sentence*: Sentence adjudged 19 December 2022 by SpCM convened at Keesler Air Force Base, Mississippi. Sentence entered by military judge on 17 January 2023: 60 days confinement and a reprimand.

*For Appellant*: Lieutenant Colonel Jarett Merk; USAF, Major Samantha P. Golseth, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Major Brittany M. Speirs, USAF; Mary Ellen Payne, Esquire.

Before ANNEXSTAD, DOUGLAS, and MASON, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. §§ 859(a),

866(d) (*Manual for Courts-Martial, United States* (2024 ed.)).* Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

* Pursuant to Article 66(d)(1)(A), UCMJ, 10 U.S.C. § 866(d)(1)(A), this court reviewed Appellant's case for legal error only given Appellant's convicted offenses are dated after 1 January 2021, Appellant's case was submitted on the merits alone, and Appellant did not request that this court review his case for factual sufficiency.